AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Montana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joshua Dean Fish | ) | Case No. MJ 20-11-H-KLD |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 2012 and December 2019** in the county of **Missoula & Lewis and Clark** in the _____ District of **Montana and elsewhere**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of a Child |
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit, incorporated by reference herein.

☑ Continued on the attached sheet.

/s/ William Pandis
*Complainant's signature*

William Pandis, FBI TFO/Special U.S. Marshal
*Printed name and title*

Submitted by reliable electronic means and sworn to me telephonically at 4:02 p.m.

Date: 12/28/2020

*Judge's signature*

Kathleen L. DeSoto, U.S. Magistrate Judge
*Printed name and title*

City and state: Missoula, Montana