AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Montana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joshua Dean Fish | ) | Case No. MJ 20-11-H-KLV |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 2012 and December 2019__ in the county of __Missoula & Lewis and Clark__ in the
_____ District of __Montana and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of a Child |
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit, incorporated by reference herein.

☑ Continued on the attached sheet.

/s/ William Pandis
*Complainant's signature*

William Pandis, FBI TFO/Special U.S. Marshal
*Printed name and title*

Submitted by reliable electronic means and sworn to me telephonically at __1:02__ p.m.

Date: __12/28/2020__

/s/ Kathleen L. DeSoto
*Judge's signature*

City and state: __Missoula, Montana__    Kathleen L. DeSoto, U.S. Magistrate Judge
*Printed name and title*

### AFFIDAVIT OF FBI TASK FORCE OFFICER/SPECIAL U.S. DEP. MARSHAL WILLIAM PANDIS FOR CRIMINAL COMPLAINT FOR JOSHUA DEAN FISH

Affiant is a Federal Bureau of Investigation Task Force Officer, a Special Deputy for the U.S. Marshal, and a Detective/Deputy Sheriff for the Lewis and Clark County Sheriff's Office at Helena, Montana.  I am a POST-certified Peace Officer and have received specialized training in reference to internet crimes against children.  I am assigned to the Lewis and Clark County/Helena area Internet Crimes Against Children Task Force and have been sworn in as a Special Deputy-US Marshal as part of that assignment.  Your affiant also has prior law enforcement experience.  The information in this affidavit is based on my direct knowledge and investigation as well as evidence and information provided to me from other law enforcement officers.

This investigation began, on or about January 22, 2020, when the Lewis and Clark County Sheriff's Office received a report of suspicious online activity regarding a 14-year-old victim whose identify is known to me but withheld to protect the child's privacy (Jane Doe 11).  During the investigation, I discovered additional victims.  All of the identities of the additional victims hereinafter referenced in this affidavit are known to me but are withheld to protect their privacy.  I began investigating the initial report, and a second child victim (Jane Doe 10) was identified.  Jane Does 10 and 11 stated they were promised monetary payment in exchange for photographs of themselves in various stages of undress and nudity via the social medial application SnapChat.  Both minor victims were young teenage females.  The victims reported that the suspect utilized PayPal to submit payments to the victims.  The suspect also used the fictitious name, Grant Holman, and liked to be called Mr. Fish or Mr. Fishy.  The victims were forensically interviewed the next week, were open and cooperative, and provided many details about their online sexual exploitation.  This included disclosures about producing and sending sexually explicit images to the suspect.

After extensive investigation of electronic account data (social media accounts, PayPal accounts, credit card accounts, IP provider accounts, and other types of accounts the owner of the credit cards used to make payments to the two victims), I worked with

1

other agents and determined the suspect was Joshua Dean Fish. At the time, I determined Fish resided in Gilbert, Arizona.

As the Montana investigation was taking place, an investigation into a NCMEC Cybertip in Gilbert, Arizona, was also occurring in February 2020. A Cybertip was submitted on December 20, 2019, by SnapChat based on the SnapChat account in question having either sent or received about 25 images that were flagged as possible or known child pornography. The Gilbert Police Department was investigating the account: grantdholman.

Working in conjunction with our office, Homeland Security, the FBI and the Gilbert Arizona Police Department, a search warrant for Fish's residence was obtained. I flew to Arizona and participated in the search of Fish's residence. On June 18, 2020, law enforcement searched his residence. During the search, various items were seized including a cell phone, a laptop computer and numerous hard drives.

As the search was being conducted an HSI agent and I interviewed Fish. During that interview Fish made admissions about paying minor girls for nude images, possessing numerous hard drives that contained child pornography, and stated he had been doing so for several years. During the interview, Fish admitted to sending images of child pornography to the victims in order to get them to send similar pictures back to him. This admission aligned with what I learned in my investigation that at least one of the victims stated Fish sent her pictures that the child had previously sent him. I also learned that sometimes Fish used a different social media account to send the sexually explicit pictures to the child and threatened them in order to get them to send more sexually explicit pictures.

After examining the electronics that were seized during the search of Fish's residence, agents discovered hundreds of thousands of images and videos of child pornography, as defined in 18 U.S.C. § 2256(8). I and other agents working on the case have viewed these images and videos. The images and videos depict minors (including infants) engaging in sexually explicit conduct; adults engaging in sexual intercourse with infants and children; children being subjected sadomasochistic conduct; incest; and

children engaged in numerous other types of sexually explicit conduct such as the lewd and lascivious exhibition of their genitals and masturbation. There were also numerous pages of notes written by Fish which included names, ages, locations and other information about various minor females (some as young as 11 years old) who Fish wrote that he had contacted via social media platforms including Omegle, SnapChat, Instagram and others.

On August 31, 2020, Fish was charged by the Lewis and Clark County Attorney and arrested on a Montana warrant: two counts of Sexual Abuse of Children (Jane Does 10 and 11). Fish bonded out, and the charges are pending.

I continued my investigation, and, to date, I and other agents have been able to identify, contact and interview eleven minor victims (Jane Does 1-11) who Fish used, coerced and exploited in order to get them to produce sexually explicit images of themselves. I determined that Fish lived in Missoula and Helena, Montana, until approximately June 2018 when he moved to Arizona. The following chart identifies Fish's victims while he was living in Montana. Every child referenced in the chart produced sexually explicit images at Fish's request and sent them to Fish using a computer, a cellular phone or the internet. It shows the approximate date of contact:

| November 2017 | Jane Doe 1 | Fish stated in his notes that "she was 13 in 7th grade." My investigation showed that Jane Doe 1 was 13 y/o at time of contact with Fish. The child was interviewed and confirmed that she send sexually explicit images to Fish, that Fish made threats and that Fish offered to pay her for sexually explicit files. |
|---|---|---|
| December 2017 | Jane Doe 2 | Fish stated in his notes "sent all nudes to me on 12/17/2017." Fish knew this child. Jane Doe 2 was 11 years old at time of contact and the production of the sexually explicit images. |
| April 2018 | Jane Doe 3 | Jane Doe 3 produced sexually explicit images and sent them to Fish. Jane Doe 3 was 13 years old at the time of contact with Fish. |

3

| April 2018 | Jane Doe 4 | Jane Doe 4 was friends with Jane Doe 3. In his notes, Fish referenced their friendship along with ages: "I think they are both 11 or 12"). I determined Jane Doe 4 was 12 years old at the time of contact with Fish. |
|---|---|---|
| June/July 2018 | Jane Doe 5 | Jane Doe 5 was 14 years old at time of contact with Fish. |

The following chart identifies Fish's victims while he was living in Arizona. The victim's identified below all lived in Montana at the time of contact with Fish. Every child referenced produced sexually explicit images at Fish's request and sent them to Fish using a computer, a cellular phone or the internet. The chart shows the approximate date of contact:

| October 2017 | Jane Doe 6 resided in East Helena | Jane Doe 6 was 12 years old at the time of contact with Fish. Jane Doe 6 was interviewed and disclosed that she was sexually exploited online by Fish. Fish threatened her in order to obtain additional sexually explicit files. |
|---|---|---|
| February 2018 and June 2018 | Jane Doe 7 residence in Missoula or Lolo | Jane Doe 7 was 16 years old at the time of her initial contact with Fish, but contacted her numerous times over a couple years using numerous social media identities. |
| July 2018 | Jane Doe 8 resided in Butte | Jane Doe 8 was either 11 or 12 years old at the time of contact with Fish. Jane Doe 8 was interviewed and disclosed that she was sexually exploited online by Fish. Fish threatened her in order to obtain additional sexually explicit files. |
| June/July 2019 | Jane Doe 9 resided in Helena | Fish paid Jane Doe 9 for sexually explicit images and videos via PayPal. Fish made notes that Jane Doe 9 sent him "nudes" when she was 16. I determined the victim was 15 years old at time of her contact with Fish. |

4

| December 2019 | Jane Doe 10 resided in Helena | Fish paid Jane Doe 10 for images and videos via PayPal. The child was 15 years old at the time of her contact with Fish. |
| --- | --- | --- |
| December 2019 | Jane Doe 11 resided in Helena | Fish paid Jane Doe 11 for images and videos via PayPal. The child was 14 years old at the time of her contact with Fish. |

An HSI Special Agent and Certified Forensic Computer Examiner analyzed multiple devices seized from Fish's residence. The examiner found evidence to support the charges in this complaint affidavit including images and videos of child pornography, as defined in 18 U.S.C. § 2256(8). The examiner determined that Fish first received child pornography in April 2012. I, and other agents helping me with this investigation, found over 138,000 files of child pornography on Fish's MacBook, 19 suspected child pornography image files on Fish's iPhone XS, and over 215,000 suspected child pornography files on multiple Seagate portable drives. I have determined, with the assistance of other agents that, the File Created date and Date Added range for the suspected child pornography image files is April 1, 2012, through June 17, 2020.

On December 23, 2020, the Helena Police Department made contact with Fish. I reviewed the reports and learned that an officer was dispatched to a residence in Helena, Montana, for a report of a suspicious vehicle. The complainant was an adult female who was the mother of a six-year-old girl and a nine-year-old girl. The mother stated she saw a suspicious vehicle in the area of her house, and the occupant was watching her and her daughter. After repeatedly seeing the vehicle, the father of the child followed the vehicle and provided the location to law enforcement (a disk golf course). When the police officer made contact, he learned the driver was Fish. Fish told the officer that he was in the area looking for a place to jog. Fish denied being in the area of the mother-complainant's residence as she reported.

Based on the above information, your Affiant, believes JOSHUA DEAN FISH, a United States Citizen, is in violation of 18 U.S.C. § 2251(a) and 18 U.S.C. § 2252A(a)(2).

Your Affiant respectfully requests the Court issue an arrest warrant for JOSHUA DEAN FISH for these violations.

Date this 28th day of December, 2020.

_____
William Pandis
FBI TFO/Special Deputy U.S. Marshal

This affidavit was submitted to the Court by reliable electronic means and was SUBSCRIBED and SWORN to me telephonically at approximately 1602 p.m. on this 28th day of December, 2020.

/s/ Kathleen L. DeSoto
Honorable Kathleen L. DeSoto
United States Magistrate Judge

6