AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Montana

FILED
DEC 29 2020
Clerk, U.S. District Court
District Of Montana
Missoula

United States of America
v.
Joshua Dean Fish

Defendant

Case No. MJ 20-11-H-KLD

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Joshua Dean Fish,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(a)   Sexual Exploitation of a Child

18 U.S.C. § 2252A(a)(2)   Receipt of Child Pornography

Date: 12-28-202

/S/ Kathleen L. DeSoto
*Issuing officer's signature*

City and state:   Missoula, Montana

Hon. Kathleen L. DeSoto, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12-28-2020, and the person was arrested on *(date)* 12-29-2020
at *(city and state)* Helena, MT.

Date: 12-29-2020

[signature]
*Arresting officer's signature*

William Pandis, Detective
*Printed name and title*